United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Rochelle M. Silver-Cummings  
Jonathan D Cummings  
      Debtors

Case No. 17-05255-HWV  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: admin        Page 1 of 1        Date Rcvd: Apr 05, 2018  
                      Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.  
db/jdb      +Rochelle M. Silver-Cummings,   Jonathan D Cummings,   1022 Wooded Pond Drive,   Harrisburg, PA 17111-4764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:  
        Douglas R Roeder    on behalf of Debtor 2 Jonathan D  Cummings droeder1@comcast.net  
        Douglas R Roeder    on behalf of Debtor 1 Rochelle M. Silver-Cummings droeder1@comcast.net  
        James  Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
        Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
        William E. Craig    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                         TOTAL: 6

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Rochelle M. Silver−Cummings  
aka Rochelle M. Cummings, aka Rochelle M. Silver  
1022 Wooded Pond Drive  
Harrisburg, PA 17111

Chapter 7  
Case No. 1:17−bk−05255−HWV

Jonathan D Cummings  
aka Jon D. Cummings  
1022 Wooded Pond Drive  
Harrisburg, PA 17111

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−7693  
xxx−xx−0856

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 4, 2018

BY THE COURT  
By the Court,

Honorable Henry W. Van Eck  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk